# United States Court of Appeals for the Fifth Circuit

---

No. 22-10946
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
November 14, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Damion LaSaul Williams,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-546-1

---

Before Haynes, Graves, and Higginson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Damion LaSaul Williams has moved for leave to withdraw and filed a brief in accordance with with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Williams has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10946

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.